**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

*FILED JEANNE A. NAUGHTON, CLERK DEC 23 2019 BY U.S. BANKRUPTCY COURT CAMDEN, N.J. DEPUTY*

| In the matter of: | |
|---|---|
| **JOHN D. PEREIRA** | Case No. **13-18200-JNP** |
| | Chapter 7 |
| Debtor(s) | Judge **Jerrold N. Poslusny Jr.** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1) represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 Surplus funds owed to the debtor for whom there is no good address | | $1,876.97 |

Dated: 12/18/2019

/s/ JOHN W. HARGRAVE
JOHN W. HARGRAVE
117 CLEMENTS BRIDGE ROAD
Barrington, NJ 08007
Telephone : (856) 547-6500
Facsimile : (800) 498-5207

cc: U.S. Trustee

*Unclaimed funds # 1,876.97*