| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>John W. Hargrave, Chapter 7 Trustee<br>117 Clements Bridge Road<br>Barrington, New Jersey 08007<br>856-547-6500 |

In Re:

JOHN D. PEREIRA

Case No:   13-18200-JNP

Chapter:   7

Hearing Date:  April 12, 2020

Judge:   Jerrold N. Poslusny Jr.

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐   Settled            ☐   Withdrawn

Matter: Status of TDR.   Checks distributed to creditors on December 9th 2019.   One check to a creditor has not been cashed.  I have stopped payment on the check and will be turning over the money to the clerk as unclaimed funds.   This process will take 4 to 6 weeks.

Date: April 14, 2020              /s/ John W. Hargrave
                                   Signature